**Order entered August 22, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-13-01045-CV

### DUSTIN POOLE, Appellant

### V.

### CAPITAL ONE BANK ( USA), N.A., Appellee

**On Appeal from the County Court at Law No. 6**
**Collin County, Texas**
**Trial Court Cause No. 006-03444-2012**

## ORDER

The Court has before it the Collin County Clerk's request for an extension of time to file the record because appellant has not paid the fee for the record. The Court **GRANTS** the request. We **ORDER** appellant to pay the fee for the clerk's record within ten days of the date of this order. We **ORDER** the Collin County Clerk to file the clerk's record within ten days of the date appellant makes payment. Additionally, appellant has not paid the $175 filing fee in this case. The Court **ORDERS** appellant to pay the filing fee within ten days of the date of this order. If appellant does not comply with this order, this case may be dismissed without further notice.

/s/     ELIZABETH LANG-MIERS
JUSTICE